IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-                                                     Criminal No.: 05-858-02 (WHW)

GHENET MESFUN                              ORDER
-------------------------------------------------X

**THIS MATTER** having been opened to the Court upon an application by defendant Ghenet Mesfun, by the Law Offices of Stephen Turano, Esq., for an Order terminating the terms of supervised release, and the Court having considered the submissions and arguments of the parties; and it appearing that United States Probation Officer Kellyanne Kelly and the government do not oppose defendant's request; and for good and sufficient cause shown;

IT IS on this ___12___ day of July___, 2012, ORDERED that:

Ghenet Mesfun's term of supervised release is hereby terminated.

_____
William H. Walls, U.S.D.J.